IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | MAG 94-2287-DLB |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK LEE PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER FOR REMISSION OF FINE

This matter is before the court on the petition of the United States for remission of the unpaid portion of the criminal fine owed by the defendant, in accordance with the provisions of 18 U.S.C. § 3573.  The court finds it has jurisdiction over the subject matter and the parties, and having reviewed the petition;

ORDERS that the unpaid portion of the criminal fine imposed against the defendant Patrick Lee Phillips is hereby remitted.

IT IS SO ORDERED.

Dated:   July 3, 2006                    /s/ Dennis L. Beck
3b142a                                  UNITED STATES MAGISTRATE JUDGE

94mj02287,RemitFine.Phillips Order.wpd